AO 91 (Rev. 5/95) Criminal Complaint

*Felony*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 1 2011

David J. Bradley, Clerk of Court

UNITED STATES OF AMERICA

UNSEALED
(0-24-11)

v

CARDENAS-Vela, Rafael
AKA: GARCIA-Gonzalez, Pedro; Junior
A087 995 767

**CRIMINAL COMPLAINT**

CASE NUMBER: B:11 - |015 MJ

I, the undersigned being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about 10/20/2011 in Cameron county, in the SOUTHERN District of TEXAS defendant, an alien did,

Knowingly, willfully, and in violation of law conspired to possess with the intent to distribute narcotics and used and possessed a document prescribed by statute or regulation as evidence of authorized stay, entry, or employment in the United States knowing it to have been procured by fraud or was unlawfully obtained,

in violation of Title    21    United States Code, Section(s)    846    .

in violation of Title    18    United States Code, Section(s)    1546 (a).

I further state that I am a (n) Homeland Security Investigations Special Agent and that this complaint is based on the following facts:

See Attached.

Continued on the attached sheet and made a part hereof:    X   Yes    ___No

Tomas Salazar
Special Agent
Signature of Complainant

Sworn to before me and subscribed in my presence,

October 21, 2011
Date

at    Brownsville, Texas
City and State

RONALD G. MORGAN, U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer

Signature of Judicial Officer

**ATTACHMENT SHEET** (Criminal Complaint)

UNITED STATES OF AMERICA
V

CARDENAS-Vela, Rafael
Aka: GARCIA-Gonzalez, Pedro; Junior

U N SEALED- 10-24-11

CASE NUMBER: B:11 1015 MJ

I, Tomas Salazar, Homeland Security Investigations Special Agent, swear that the below listed information, as to my knowledge, is true and correct.

The defendant was arrested in Port Isabel, TX by a Port Isabel Police Officer pursuant to a traffic violation. Homeland Security Investigations (HSI) Special Agents responded and interviewed the defendant. The defendant presented a valid Mexican Passport and a valid United States Visa to HSI Special Agents in the name of Pedro Garcia Gonzalez. During the interview, the defendant admitted to HSI Special Agents that he was not Pedro Garcia Gonzalez. HSI Special Agents determined that the defendant was a citizen of Mexico who did not have valid documents to enter and/or reside in the United States. The defendant also admitted to agents that he has been involved in the transportation and importation of marihuana and cocaine into the United States for several years up to October 20, 2011. Specifically, the defendant told agents that two years ago he possessed and then sold approximately 5 tons of marihuana to individuals that he knew imported the marihuana into the United States for further distribution.

Signature of Complainant
Tomas Salazar, Special Agent

Sworn to before me and subscribed in my presence,

October 21, 2011
Date

RONALD G. MORGAN, U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer

at Brownsville, Texas
City and State

Signature of Judicial Officer

(Attachment to AO 91 Criminal Complaint)