UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 0 2014

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CRIMINAL NO. B-11-1022 |
| | § | |
| RAFAEL CARDENAS VELA, | § | |
| Defendant. | § | |

## ORDER QUIETING TITLE

Pending before the Court is the United States Motion to Quiet Title to 1312 Bluewing Circle, Brownsville, Texas. The Court finds that Erika Villarreal-Mares was personally served with the Preliminary Order of Forfeiture and that she signed a waiver affirmatively disclaiming any interest in the property (Motion, Exhibits "A" and "B"). Having considered the motion, the record, and the applicable law, the Court has determined that the requested relief should be granted. It is therefore,

ORDERED that Erika Villarreal-Mares is held in default and has no legal right, title, or interest in 1312 Bluewing Circle, Brownsville, Texas.

This is a final order.

Signed on _Feb 20_, 2014.

Andrew S. Hanen
United States District Judge