UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| DEPARTMENT OF JUSTICE | § | |
| U.S. ATTONREY'S OFFICE | § | Criminal No.   1:11-cr-01022-01 |
| 1000 LOUISIANA, SUITE 2300 | § | |
| HOUSTON, TEXAS | § | |
| | § | |
| vs. | § | **ABSTRACT OF JUDGMENT** |
| | § | |
| RAFAEL CARDENAS VELA | § | |

| Date Judgment Entered: | 11/17/2014 |
|---|---|
| Judgment in Favor of: | United States of America |
| Judgment Against: | Rafael Cardenas Vela |
| Amount of Judgment: | $5,000,000.00 |
| Amount of Costs: | |
| Rate of Interest: | |
| Amount of Credits Since Judgment: | $104,547.59 |
| Amount Due: | $ |

The above and foregoing is a correct Abstract of Judgment entered in the United States District Court, for the Southern District of Texas, in the above-captioned case.

DAVID J. BRADLEY, Clerk

DATED: MAR 0 1 2017          By: _____
                                   Deputy Clerk

*Return to:
United States Attorney's Office
Attn: Asset Forfeiture Section
1000 Louisiana, Ste. 2300
Houston, TX 77002